UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                    )
                         )
                         )   Case No. 6:18-bk-07573-CCJ
    Joseph               )   Chapter 7
    Corneck,             )
                         )
                         )

        Debtor.

_____

### AMENDED VERIFIED MOTION TO AVOID
### JUDICIAL LIEN OF ELIZABETH IANNOLINO ON
### EXEMPT PROPERTY (adding legal Description)

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

> If you object to the relief requested in this paper you must file a response with the Clerk of Court at United States bankruptcy court, Middle District Florida, 400 W. Washington St. Suite 5100, Orlando, FL. 32801 and, if the moving party is not represented by an attorney, mail a copy to the moving party at Elizabeth Iannolino 202 E. Kentucky Ave. Deland, FL. 32724 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Debtor, Joseph Corneck, files this Motion to Avoid the Judicial Lien of Elizabeth Iannolino and states:

1. Debtor filed this Chapter 7 bankruptcy case on 12/07/2018.

2. Debtor seeks to avoid the judicial lien of Elizabeth Iannolino, that was created by filing Judgement on 08/18/2014 at O.R. Book 7021, Page 2750 or Document No. 2014-146887, of the Public Records of Volusia County, Florida.

3. The Lien impairs this property that is otherwise exempt under 11 U.S.C. § 522(f):

**Exempt Homestead Property, located at:**
**123 W. Rhode Island Ave. Orange City, FL. 32763**

Legal Description
S 1/2 LOT 22 EXC W 462 FT OF S 1/2 EXC NEW R/W IN S 62.55 FT ON W/L & S 23.66 FT ON E/L N OF RHODE ISLAND & N 1/2 LOT 22 EXC W 528 FT BLK 30 ORANGE CITY MB 3 PG 86PER OR 2127 PG 0179 PER OR 3690 PG 1552 PER OR 5792 PG 1236 PER OR 5828 PG 0360-0363 PER OR PER OR 5868 PG 1823 & PER OR 6386 PG 1477 PER OR 7224 PG 2295

WHEREFORE, the Debtor respectfully requests that the Court enter an order avoiding the Lien and for such other and further relief as the Court deems appropriate.

Dated: 08/16/2024.

George Trovato
/s/ George Trovato
Bar No.786241
Principlelegal@yahoo.com
150 N. Volusia Ave Unit B
Orange City, FL. 32763
386-626-9006
Attorney for Debtor

**DEBTOR VERIFICATION STATEMENT AND SIGNATURE**

I, Joseph Corneck, declare under penalty of perjury, that the foregoing is true and correct. Executed on 08/16/2024.

Joseph Corneck
/s/ Joseph Corneck

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on 08/16/2024 to:

United States Bankruptcy Court
Middle District of Florida
400 W. Washington St. Suite 5100
Orlando, FL. 32801

Joseph Corneck
123 W. Rhode Island Ave
Orange City, FL. 32763

Elizabeth Iannolino
202 E. Kentucky Ave
Deland, FL. 32724

Richard B. Webber
315 E. Robinson Street, Suite 600
Orlando, FL. 32801

                                                George Trovato
                                                /s/ George Trovato
                                                Bar No. 786241
                                                Principlelegal@yahoo.com
                                                150 N. Volusia Ave Unit B
                                                Orange City, FL. 32763
                                                386-626-9006
                                                Attorney for Debtor